NOT FOR PUBLICATION                                                                    (Docket No. 9)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

_____
                                            :
C. LEE DEMPSEY,                             :
                                            :
          Plaintiff,                        :     Civil No. 08-5454 (RBK/AMD)
                                            :
     v.                                     :     **ORDER**
                                            :
PISTOL PETE'S BEEF N BEER, LLC,             :
d/b/a PISTOL PETE'S SALOON &                :
RESTAURANT, d/b/a PISTOL PETE'S             :
SALOON STEAK HOUSEMRAW BAR                  :
d/b/a PISTOL PETE'S STEAKHOUSE &            :
SALOON, et al.,                             :
                                            :
          Defendants.                       :
_____     :

      **THIS MATTER** having come before the Court on a motion by Plaintiff C. Lee Dempsey ("Plaintiff") for default judgment against Defendants Pistol Pete's Beef N Beer, LLC and Salvi & Peter Land, LLC ("Defendants"); and the Defendants having failed to oppose Plaintiff's motion; and the Court having considered the Plaintiff's moving papers;

      **IT IS HEREBY ORDERED** that Plaintiff's motion for default judgment is **DENIED**;

      **IT IS FURTHER ORDERED** that Plaintiff shall file an Amended Complaint properly alleging standing within ten days of the issuance of this order.

Dated: 10-26-2009                                          /s/ Robert B. Kugler
                                                                                                    ROBERT B. KUGLER
                                                                                                    United States District Judge