NOT FOR PUBLICATION                                                                                      (Document No. 13)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | | |
|---|---|---|
| C. LEE DEMPSEY, | : | |
| | : | |
| Plaintiff, | : | Civil No. 08-5454 (RBK/AMD) |
| | : | |
| v. | : | **ORDER** |
| | : | |
| PISTOL PETE'S BEEF N BEER, LLC, | : | |
| d/b/a PISTOL PETE'S SALOON & | : | |
| RESTAURANT, d/b/a PISTOL PETE'S | : | |
| SALOON STEAK HOUSE & RAW BAR | : | |
| d/b/a PISTOL PETE'S STEAKHOUSE & | : | |
| SALOON, et al., | : | |
| | : | |
| Defendants. | : | |

**THIS MATTER** having come before the Court upon Plaintiff C. Lee Dempsey's ("Plaintiff") motion for default judgment (Doc. No. 13); and the Court having considered the moving papers and the response thereto; and for the reasons expressed in the Opinion issued this date;

**IT IS HEREBY ORDERED** that Plaintiff's motion for default judgment is **DENIED**.


Date: 6-29-2010                                                              /s/ Robert B. Kugler
                                                                                      ROBERT B. KUGLER
                                                                                      United States District Judge